IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01220-CMA-MEH

GABRIEL A. MARTINEZ,

    Applicant,

v.

ROBERT KURTZ, Warden of C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter is before the Court *sua sponte*.

    It is hereby ORDERED that on or before March 6, 2009, the Clerk of the Court, District Court for Fremont County, Colorado, shall provide to this Court the original written record of case no. 02 CR 260, *People v. Martinez*.

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court, District Court for Fremont County by facsimile to (719) 269-0134 and by regular mail to Clerk of the Court, Fremont County District Court, 136 Justice Center Road, Room 103, Canon City, Colorado, 81212.

    Dated this 3rd day of February, 2009, in Denver, Colorado.

                                       BY THE COURT:

                                       s/ Michael E. Hegarty
                                       Michael E. Hegarty
                                       United States Magistrate Judge