IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01220-CMA-MEH

GABRIEL A. MARTINEZ,

      Applicant,

v.

ROBERT KURTZ, Warden of C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**ORDER**

---

This matter is before the Court *sua sponte*.

On February 3, 2009, this Court ordered the Clerk of the Court, District Court for Fremont County to provide to this Court the original written record of case no. 02 CR 260, *People v. Martinez*. The Court received a submission from Fremont County on February 24, 2009. According to an "Index of Records" found within the submission, the record is made up of Volumes 1-20. However, this Court received only those documents located in Volumes 1-6.

THEREFORE, it is ORDERED that on or before May 15, 2009, the Clerk of the Court, District Court for Fremont County, Colorado, shall provide to this Court Volumes 7-20 of the original written record of case no. 02 CR 260, *People v. Martinez*, or provide reasons for the court's inability to do so.

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court, District Court for Fremont County by facsimile to (719) 269-0134 and by regular mail to Clerk of the Court, Fremont County District Court, 136 Justice Center Road,

Room 103, Canon City, Colorado, 81212.

Dated this 21st day of April, 2009, in Denver, Colorado.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

2