```
                                                          F I L E D
                                                   UNITED STATES DISTRICT COURT
                                                        DENVER, COLORADO

                                                         NOV 15 2011
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO             GREGORY C. LANGHAM
              Judge Christine M. Arguello                     CLERK
```

CIVIL ACTION NO. 08-cv-01220 CMA-MEH

GABRIEL A. MARTINEZ,

    Applicant,

vs.

ROBERT KURTZ, Warden of C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __9th__ day of November, 2011.

                BY THE COURT:

                _/s/ Christine M. Arguello_
                CHRISTINE M. ARGUELLO
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01220 CMA-MEH

Fremont County Court
136 Justice Center Rd. Rm 103
Canon City, CO 81212


Gabriel A. Martinez
# 124311
Colorado Territorial Correctional Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

Elizabeth Fraser Rohrbough - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


      I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 11/15/11.


GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk