FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 08-cv-01220 CMA-MEH

GABRIEL A. MARTINEZ,

    Applicant,

vs.

ROBERT KURTZ, Warden of C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __9th__ day of November, 2011.

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01220 CMA-MEH

Fremont County Court
136 Justice Center Rd. Rm 103
Canon City, CO 81212

Gabriel A. Martinez
# 124311
Colorado Territorial Correctional Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

Elizabeth Fraser Rohrbough - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  11/15/11  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk